# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00380-CV

### In re Entergy Texas, Inc.

### Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for writ of mandamus, filed by Entergy Texas, Inc., on October 24, 2025, is dismissed as moot.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: October 28, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Dismissed
OT06

